**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1114**

In re:  MICHAEL S. OWL FEATHER-GORBEY,

　　　　Petitioner.

On Petition for Writ of Mandamus.  (1:18-cv-02754-RDB; 1:18-cv-03204-RDB)

Submitted:  June 25, 2019　　　　　　　　　　　　Decided:  July 17, 2019

Before WILKINSON and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Michael S. Gorbey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael S. Owl Feather-Gorbey filed an amended petition for a writ of mandamus, alleging that the district court has unduly delayed ruling on motions in two of his cases. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has recently decided the motions identified by Owl Feather-Gorbey. Accordingly, although we grant Owl Feather-Gorbey's motion to proceed without the prepayment of fees under the Prison Litigation Reform Act as well as his motion to file his amended mandamus petition, we deny the amended petition as moot. We also deny Owl Feather-Gorbey's motion for injunctive relief and deny his motion for an order directing prison officials to complete forms on his behalf. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*